No. 01–8769. BURTON v. WALTER. C. A. 9th Cir. Certiorari denied. 

No. 01–8772. MAY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. 

No. 01–8783. LOZANO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied. 

No. 01–8785. KUNKEL v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 01–8798. YEKIMOFF v. NEW YORK. Sup. Ct. N. Y., New York County. Certiorari denied.

No. 01–8800. CULL v. PENNSYLVANIA ET AL. C. A. 3d Cir. Certiorari denied.

No. 01–8803. RUCKER v. CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 01–8805. SHANNON v. WILLIAMS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–8808. RODRIGUEZ v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 01–8809. ROWELL v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 01–8810. SMITH v. MORRIS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied. 

No. 01–8811. REID v. FRANK, DEPUTY SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT DALLAS. C. A. 3d Cir. Certiorari denied.

No. 01–8820. MORRIS, AKA MARKES v. TAYLOR, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–8821. DAVIS v. CALIFORNIA. App. Dept., Super. Ct. Cal., Alameda County. Certiorari denied.

No. 01–8822. YARBROUGH v. VIRGINIA. Sup. Ct. Va. Certiorari denied.